# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

SHARON SIBINICH,

        Plaintiff,

    v.

BLUESTEM BRANDS, INC. d/b/a/
Fingerhut,

        Defendant.

Civil No.: 2:16-CV-00012-SPC-38CM

## JOINT MOTION FOR ENTRY OF STIPULATED FINAL ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

    Plaintiff, SHARON SIBINICH, and Defendant, BLUESTEM BRANDS, INC. d/b/a Fingerhut, jointly move the Court to enter a stipulated final order in substantially the form attached hereto as **Exhibit A** dismissing this matter with prejudice, including all claims. In support of their motion, the parties state as follows:

    1.    The parties entered into a Confidential Settlement Agreement and Release on July 11, 2016, which requires the dismissal of the parties' claims against each other with prejudice, and the parties' have fulfilled their initial obligations under that agreement.

    WHEREFORE, in order to effectuate their settlement, the parties move the Court to enter an order in substantially the form attached hereto as Exhibit A, dismissing this entire action, with prejudice, each party to bear his/its own costs and attorneys' fees.

Dated: July 15, 2016

| | |
|---|---|
| **/s/ Amanda Allen** | **/s/ Kimberly A. Koves** |
| Amanda Allen, Esq. | Peter B. King, Esq. (FBN: 0057800) |
| The Consumer Protection Firm | Email: pking@wiandlaw.com |
| 210-A South MacDill Avenue | Kimberly A. Koves, Esq. (FBN 100282) |
| Tampa, FL 33609 | Email: kkoves@wiandlaw.com |
| T: 813-500-1500 | WIAND GUERRA KING P.A. |
| amanda@theconsumerprotectionfirm.com | 5505 W. Gray Street |
| nancy@theconsumerprotectionfirm.com | Tampa, FL 33609 |
| | Phone: (813) 347-5100 |
| *Attorney for Plaintiff* | Fax: (813) 347-5198 |
| | |
| | *Attorneys for Defendant Bluestem Brands, Inc. d/b/a Fingerhut* |

### CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Kimberly A. Koves